IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02695-PAB-KLM

FRANK LORD,

    Plaintiff,

v.

JASON HALL, Colorado Springs Police Officer,
RICHARD HAYES, Colorado Springs Police Officer, and
UNKNOWN COLORADO SPRINGS POLICE OFFICERS,

    Defendants.
_____

**ORDER**
_____

This matter is before the Court on the Stipulated Motion for Costs [Docket No. 66] filed by defendants Jason Hall and Richard Hayes. Defendants request their costs pursuant to Fed. R. Civ. P. 54(d)(1). Plaintiff has filed no response to the motion and defendants indicate that plaintiff does not oppose such relief. Rule 54 provides that, "[u]nless a federal statute, these rules, or a court order provides otherwise, costs – other than attorney's fees – should be allowed to the prevailing party." Fed. R. Civ. P. 54(d)(1). The Court finds no reason to depart from the "presumption that the district court will award costs to the prevailing party." *Cantrell v. Int'l Bhd. of Elec. Workers*, 69 F.3d 456, 459 (10th Cir. 1995) (en banc). Therefore, it is

    **ORDERED** that the Stipulated Motion for Costs [Docket No. 66] is **GRANTED**. Costs shall be taxed in favor of defendants and against plaintiff in the amount of $1,950.79.

DATED October 2, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge